ALEXANDER McCLEAN, as Administrator, etc., Respondent, *v.* THE SCHUYLER STEAM TOW-BOAT LINE, Appellant.

(Argued October 31, 1889; decided November 26, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made March 16, 1889, which affirmed a judgment in favor of plaintiff, entered upon the report of a referee.

*W. Frothingham* for appellant.

*E. A. Brewster* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.